# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

SHERRI WIRTH,

    Plaintiff,

v.                                  Case No: 8:14-cv-1249-T-30AEP

OUTBACK STEAKHOUSE OF
FLORIDA, LLC,

    Defendant.

## ORDER OF DISMISSAL

Before the Court is the Joint Stipulation of Dismissal With Prejudice (Dkt. #21). Upon review and consideration, it is

**ORDERED AND ADJUDGED** as follows:

1.     This cause is dismissed with prejudice, each party to bear their own attorney's fees and costs, except as otherwise agreed by the parties.

2.     All pending motions are denied as moot.

3.     The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 12th day of June, 2015.

                                                JAMES S. MOODY, JR.
                                                UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record